AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

FILED IN CLERKS OFFICE
2005 JAN 27 P 1:28
U.S. DISTRICT COURT
DISTRICT OF MASS.

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | |
|---|---|---|
| DOCKET NO. | DATE FILED | 05 CV 10158 NG |

| PLAINTIFF | DEFENDANT |
|---|---|
| VIRGIN RECORDS AMERICA, INC.; MAVERICK RECORDING CO.; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. | RICHARD L. DUBROCK |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## RICHARD L. DUBROCK

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Toni Braxton | He Wasn't Man Enough | The Heat | 287-194 |
| Sony BMG Music Entertainment | Mariah Carey | Can't Take That Away (Mariah's Theme) | Rainbow | 276-595 |
| Arista Records LLC | Avril Lavigne | Things I'll Never Say | Let Go | 312-786 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| UMG Recordings, Inc. | Shaggy | Angel | Hot Shot | 286-657 |
| Sony BMG Music Entertainment | Nas | Hate Me Now | I Am | 175-149 |
| Virgin Records America, Inc. | Paula Abdul | Cold Hearted | Forever Your Girl | 93-688 |
| Maverick Recording Company | Alanis Morissette | You Learn | Jagged Little Pill | 213-545 |