**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS INC., et al.,**       )<br>     **Plaintiffs,**                                       )<br>                                                                  )<br>     **v.**                                                       )<br>                                                                  )<br> **DOES 1-4,**                                             )<br>     **Defendants.**                                     ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| INTERSCOPE RECORDS, et al.,                )<br>     Plaintiffs,                                          )<br>                                                                  )<br>     v.                                                            )<br>                                                                  )<br>JOHN DOE,                                                  )<br>     Defendant.                                          ) | C.A. No. 04-12435-NG |
| MAVERICK RECORDING COMPANY, et al.,)<br>     Plaintiffs,                                          )<br>                                                                  )<br>     v.                                                            )<br>                                                                  )<br>JOHN DOE,                                                  )<br>     Defendant.                                          ) | C.A. No. 04-12436-NG |
| ATLANTIC RECORDING CORP., et al.,    )<br>     Plaintiffs,                                          )<br>                                                                  )<br>     v.                                                            )<br>                                                                  )<br>DOES 1-5,                                                  )<br>     Defendants.                                        ) | C.A. No. 04-12437-NG |
| CAPITOL RECORDS, et al.,                       )<br>     Plaintiffs,                                          )<br>                                                                  )<br>     v.                                                            )<br>                                                                  )<br>JOHN DOE,                                                  )<br>     Defendant.                                          ) | C.A. No. 04-12438-NG |

```
───────────────────────────────────────
LOUD RECORDS, et al.,              )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 04-12439-NG
                                   )
DOES 1-5,                          )
     Defendants.                   )
───────────────────────────────────────

───────────────────────────────────────
VIRGIN RECORDS AMERICA, INC.,      )
et al.,                            )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10158-NG
                                   )
RICHARD L. DUBROCK,                )
     Defendant.                    )
───────────────────────────────────────

───────────────────────────────────────
MOTOWN RECORD CO., L.P., et al.,   )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10159-NG
                                   )
DOES 1-2,                          )
     Defendants.                   )
───────────────────────────────────────

───────────────────────────────────────
INTERSCOPE RECORDS, et al.,        )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10160-NG
                                   )
DOES 1-2,                          )
     Defendants.                   )
───────────────────────────────────────

───────────────────────────────────────
BMG MUSIC, et al.,                 )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10168-NG
                                   )
DOES 1-2,                          )
     Defendants.                   )
───────────────────────────────────────
```

| | |
|---|---|
| UMG RECORDINGS, INC., et al., )<br>　　　Plaintiffs, )<br> )<br>　　　v. )<br> )<br>DOES 1-2, )<br>　　　Defendants. ) | C.A. No. 05-10169-NG |

| | |
|---|---|
| CAPITOL RECORDS, INC., et al., )<br>　　　Plaintiffs, )<br> )<br>　　　v. )<br> )<br>DOES 1-2, )<br>　　　Defendants. ) | C.A. No. 05-10565-NG |

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., )<br>et al., )<br>　　　Plaintiffs, )<br> )<br>　　　v. )<br> )<br>JOHN DOE, )<br>　　　Defendant. ) | C.A. No. 05-10566-NG |

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, )<br>　　　Plaintiffs, )<br> )<br>　　　v. )<br> )<br>JOHN DOE, )<br>　　　Defendant. ) | C.A. No. 05-10567-NG |

| | |
|---|---|
| ATLANTIC RECORDING CORP., et al., )<br>　　　Plaintiffs, )<br> )<br>　　　v. )<br> )<br>DOES 1-3, )<br>　　　Defendants. ) | C.A. No. 05-10568-NG |

```
─────────────────────────────────────
INTERSCOPE RECORDS, et al.,         )
     Plaintiffs,                    )
                                    )
     v.                             )     C.A. No. 05-10569-NG
                                    )
JOHN DOE,                           )
     Defendant.                     )
─────────────────────────────────────

─────────────────────────────────────
CAPITOL RECORDS, INC., et al.,      )
     Plaintiffs,                    )
                                    )
     v.                             )     C.A. No. 05-10731-NG
                                    )
DOES 1-11,                          )
     Defendants.                    )
─────────────────────────────────────

─────────────────────────────────────
MOTOWN RECORD CO., L.P., et al.,    )
     Plaintiffs,                    )
                                    )
     v.                             )     C.A. No. 05-10732-NG
                                    )
DOES 1-22,                          )
     Defendants.                    )
─────────────────────────────────────

─────────────────────────────────────
ATLANTIC RECORDING CORP., et al.,   )
     Plaintiffs,                    )
                                    )
     v.                             )     C.A. No. 05-10733-NG
                                    )
DOES 1-25,                          )
     Defendants.                    )
─────────────────────────────────────

─────────────────────────────────────
LONDON-SIRE RECORDS INC., et al.,   )
     Plaintiffs,                    )
                                    )
     v.                             )     C.A. No. 05-10734-NG
                                    )
DOES 1-25,                          )
     Defendants.                    )
─────────────────────────────────────
```

<u>**ORDER OF CONSOLIDATION**</u>
**April 20, 2005**

The twenty cases above are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.**  Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: April 20, 2005**          <u>   s/ NANCY GERTNER U.S.D.J.   </u>